UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00820JVS(JPRx) | Date | June 25, 2020 |
| Title | Lezlie J Gunn v Dr Hans-Peter Wild, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    The Court, on its own motion, hereby ORDERS each party to Show Cause (OSC) in writing no later than **the close of business on June 29, 2020**, why this action should not be dismissed for failure to file the Joint Rule 26f Report and/or sanctions against both plaintiff and defendant's counsel for failure to obey Court orders**.**.  As an alternative to a written response, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

  **X**  Rule 26(f) Report with the attached Exhibit A as required by the Order of May 1, 2020 or a stipulation continuing the Scheduling Conference.

    All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1.

**Scheduling Conference set for June 29, 2020 is continued to July 6, 2020 at 10:00 a.m.**

| | : | 00 |
|---|---|---|
| | Initials of Preparer | lmb |