SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
LOREN W. COE (State Bar No. 273124)
lwc@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

AARON R. MAURICE, ESQ. *(Pro Hac Vice)*
Nevada Bar No. 006412
BRITTANY WOOD, ESQ. *(Pro Hac Vice)*
Nevada Bar No. 007562
MAURICE WOOD
9525 Hillwood Drive, Suite 140
Las Vegas, Nevada 89134
Telephone:  (702) 463-7616
Facsimile:  (702) 463-6224
E-Mail:      amaurice@mauricewood.com
             bwood@mauricewood.com

Attorneys for Defendant
DR. HANS-PETER WILD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| LEZLIE J. GUNN, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>HANS-PETER WILD, an individual;<br>and DOES 1-10, inclusive,<br><br>        Defendant. | Case No. 8:20-cv-00820 JVS (JPRx)<br>Hon. James V. Selna<br>Crtm: 10C<br><br>**JUDGMENT**<br><br>Action Filed:   October 25, 2019<br>Removal Date: April 28, 2020<br>Trial Date:     None Set |

13056.0001/15453211.1

JUDGMENT

| | |
|---|---|
| 1 | On June 11, 2020, this Court granted Defendant Dr. Hans-Peter Wild's ("Dr. |
| 2 | Wild") Motion to Dismiss, declining to exercise personal jurisdiction over Dr. Wild |
| 3 | ("Dismissal Order").  *See* ECF No. 22.  The Dismissal Order resolved all claims in |
| 4 | the action and denied all requested relief.  *See id.*  The Dismissal Order also denied |
| 5 | Plaintiff's request for jurisdictional discovery.  *See id.* at 10. |
| 6 | Thereafter, on June 24, 2020, Dr. Wild filed an Application to the Clerk to |
| 7 | Tax Costs pursuant to 28 U.S.C. § 1919 (permitting the payment of just costs after |
| 8 | dismissal for lack of jurisdiction), Fed. R. Civ. P. 54(d) and Local Rule 54-2.  *See* |
| 9 | ECF No. 24.  An itemization attachment (ECF No. 24-1) and supporting |
| 10 | documentation (EFC No. 24-2) were filed in support of the application (collectively, |
| 11 | "Application to Tax Costs").  The Application to Tax Costs seeks $1,627.75. |
| 12 | Plaintiff did not object to any of the costs claimed in the Application to Tax |
| 13 | Costs. |
| 14 | **NOW, THEREFORE, IT IS ORDERED AND ADJUDGED** that: |
| 15 | 1. Judgment is hereby entered in favor of Dr. Wild and against Plaintiff. |
| 16 | 2. Plaintiff shall take nothing by way of her claims against Dr. Wild. |
| 17 | 3. Dr. Wild is hereby awarded costs in the amount of $1,627.75, as |
| 18 | reflected in the unopposed Application to Tax Costs. |
| 19 | **IT IS SO ORDERED**. |
| 22 | Dated: August 19, 2020 |
| 23 | Hon. James V. Selna |
| 24 | United States District Court Judge |

13056.0001/15453211.1

-1-

[PROPOSED] JUDGMENT